**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF INDIANA**
**FORT WAYNE DIVISION**

**IN RE:**                                                        CASE NO.   19-10052
SHANNON MICHAEL KRUMMA
RIKKI KAY KRUMMA
               Debtor(s)                                          CHAPTER 13


**ORDER TO COMMENCE MORTGAGE PAYMENT WITHOUT NOTICE**


Debtors, by counsel, and the Trustee hereby request that the Court Order the Trustee to commence
regular mortgage payments as:


1.  The Chapter 13 Plan includes mortgage payments to be paid by the Trustee but does not
    provide for the Trustee to pay adequate protection.

2.  The Chapter 13 Plan provides to treat the claim as entitled to treatment under 11 U.S.C.
    §1322(b)(5).

3.  Time is of essence in commencing mortgage payments and such early payment is
    contemplated by 11 U.S.C. §1326.

4.  The Trustee shall commence payments to the mortgagee as follows:


Mortgagee Name:          SELENE FINANCE

Mortgagee Address:       P O BOX 71243,
                         PHILADELPHIA, PA 19176-6243

Trustee Claim No:        0250

Starting Date             FEBRUARY 2019

Account No.              5945-1ST MTG POST PYMNTS

Payment Amount           $609.00

Respectfully Submitted:

_____                    _/s/ Debra L. Miller, Trustee_
Debtor's Attorney                                                   Debra L. Miller, Trustee


SO ORDERED this _____ day of _____, 2019.



_____
Robert E. Grant, Chief Judge
US Bankruptcy Court


By U.S. Mail to the Debtor and Debtor's Attorney as follows:
Debtor: SHANNON MICHAEL KRUMMA, 3505 YODER ROAD, , YODER, IN, 46798


By electronic e-mail to:
Debra L. Miller, Trustee: dmiller@trustee13.com;

Debtor's Attorney: GLASER & EBBS,132 EAST BERRY STREET, , FORT WAYNE, IN, 46802-

U.S. Trustee: ustpregion10.so.ecf@usdoj.gov