UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

IN THE MATTER OF:
SHANNON MICHAEL KRUMMA                    CASE NUMBER: 19-10052
RIKKI KAY KRUMMA                          CHAPTER 13
Debtor(s)

## AGREED MODIFICATION

COME NOW, the Trustee, Debra L. Miller, by Counsel, and the Debtor(s), by Counsel, and state as follows:

1. Debtors' Plan provides that debtors are paying a student loan to Sallie Mae a direct payment of $0.00 as it is presently in deferment and no payment is contractually required. This is expected to continue for the duration of the bankruptcy, however, debtors shall report any change to the Trustee in the event payments are required.

2. Ascendium Education Solutions shall be added to Part 5.2 of the Plan and shall receive the same treatment as Sallie Mae.

3. All other terms remain the same.

Dated: March 14, 2019

/s/Katherine E. Iskin                     /s/Sabrina Kitsos
Katherine E. Iskin (33679-71),            Attorney for Debtor
Staff Attorney for Debra L. Miller        Glaser & Ebbs
PO Box 11550                              132 E. Berry St.
South Bend, IN  46634                     Fort Wayne, IN 46802
(574) 254-1313                            (260) 424-0954