UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

| IN THE MATTER OF: | ) | |
|---|---|---|
| | ) | |
| SHANNON MICHAEL KRUMMA | ) | CASE NO. 19-10052 |
| RIKKI KAY KRUMMA | ) | CHAPTER 13 |
| | ) | |
| Debtor(s) | ) | |

## ORDER CONFIRMING CHAPTER 13 PLAN

Debtor's Chapter 13 Plan, filed on January 17, 2019, as modified on February 19, 2019 and March 14, 2019, is hereby confirmed.

SO ORDERED.

Dated: April 19, 2019

*/s/ Robert E. Grant*
Chief Judge, United States Bankruptcy Court